## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE )<br>　)<br>　　　　　Plaintiff,　)<br>　)<br>v.　)<br>　)<br>OFFICE OF SCIENCE AND　)<br>TECHNOLOGY POLICY,　)<br>　)<br>　　　　　Defendant.　)<br>　)  | Case No. 1:14-cv-765 (GK) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, the Office of Science and Technology Policy, hereby moves to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted. The reasons supporting Defendant's motion are set forth in the accompanying memorandum of law.

Dated: July 11, 2014

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Daniel Schwei*
Daniel Schwei
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel:  202-305-8693
Fax:  202-616-8470
daniel.s.schwei@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2014, a copy of the foregoing Motion to Dismiss was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                                */s/  Daniel Schwei*
                                                Daniel Schwei